People ex rel. Langone v Sposato (2025 NY Slip Op 06679)

People v Langone

2025 NY Slip Op 06679

Decided on December 2, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 2, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

mem
ad2
People ex rel. Langone v Sposato
2025
ny
06679
2025-14155,

This opinion is uncorrected and subject to revision before publication in the printed Official Reports.
Decided on December 2, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

2025-14155 DECISION, ORDER & JUDGMENT

[*1]The People of the State of New York, ex rel. Richard M. Langone,on behalf of Christian Hernandez, petitioner,
vMichael J. Sposato, etc., respondent.

Langone & Associates, PLLC, Garden City, NY (Richard M. Langone pro se of counsel), for petitioner.
Anne T. Donnelly, District Attorney, Mineola, NY (Michael Greubel of counsel), for respondent.
Writ of habeas corpus in the nature of an application to release Christian Hernandez upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Docket No. CR-014000-2025-NA.

ADJUDGED that the writ is sustained, without costs or disbursements, to the extent that bail upon Nassau County Docket No. CR-014000-2025-NA is set in the sum of $300,000 posted in the form of an insurance company bail bond, the sum of $3,000,000 posted in the form of a partially secured bond, with the requirement of 10% down, or the sum of $200,000 deposited as a cash bail alternative, on condition that, in addition to posting a bond or depositing the cash alternative set forth above, Christian Hernandez shall (1) wear an electronic monitoring bracelet, with monitoring services to be provided by a qualified entity pursuant to CPL 510.40(4)(c), and any violations of the conditions set forth herein relating to the electronic monitoring shall be reported by the electronic monitoring service provider to the Office of the District Attorney of Nassau County, and further proceedings pursuant to CPL 510.40(4)(d), if any, shall be conducted by the Supreme Court, Nassau County; (2) remain confined to his residence, except for visits to his place of employment, his place of worship, his attorney, his doctors, or court, and he must travel directly from his home to his place of employment, his place of worship, his attorney, his doctors, or court, and directly back to his home, when conducting those visits; (3) surrender all passports, if any, he may have to the Office of the District Attorney of Nassau County, or, if he does not possess a passport, he shall provide to the Office of the District Attorney of Nassau County an affidavit, in a form approved by the Office of the District Attorney of Nassau County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports; and (4) provide to the Office of the District Attorney of Nassau County an affidavit, in a form approved by the Office of the District Attorney of Nassau County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction; and it is further,ORDERED that upon receipt of a copy of this decision, order and judgment together with proof that Christian Hernandez (1) has given an insurance company bail bond in the sum of $300,000, has given a partially secured bond in the sum of $3,000,000, with the requirement of 10% down, or has deposited the sum of $200,000 as a cash bail alternative; (2) has arranged for electronic monitoring with a qualified entity pursuant to CPL 510.40(4)(c); (3) has surrendered all passports, [*2]if any, he may have to the Office of the District Attorney of Nassau County, or, if he does not possess a passport, has provided to the Office of the District Attorney of Nassau County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Nassau County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports; and (4) has provided to the Office of the District Attorney of Nassau County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Nassau County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction, the Warden of the facility at which Christian Hernandez is incarcerated, or his or her agent, is directed to immediately release Christian Hernandez from incarceration.CONNOLLY, J.P., BRATHWAITE NELSON, WARHIT and GOLDBERG VELAZQUEZ, JJ., concur.ENTER:Darrell M. JosephClerk of the Court